Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MAXIMUS BUGUIEV and TATYANA FADEEVA, a married couple,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>FIRST AMERICAN PROPERTY & CASUALTY INSURANCE COMPANY, a foreign insurer,<br><br>　　　　　　Defendants. | Case No. 2:20-cv-01007-JLR<br><br>**STIPULATION AND ORDER OF DISMISSAL UNDER FED. R. CIV. PRO. 41(a)(1)(A)(ii)**<br><br>**Noted for Hearing:  September 24, 2020** |

## STIPULATION

Under Fed. R. Civ. P. 41(a)(1)(A)(ii), it is STIPULATED AND AGREED between the undersigned parties, through their respective counsel of record, that as a result of a settlement all of plaintiffs' claims against defendant, First American Property & Casualty Insurance Company in the above-entitled action may be dismissed, with prejudice and without an award of fees or costs to either party.

/ /

/ /

No. 2:20-cv-01007-JLR
STIPULATION AND ORDER OF DISMISSAL
Page 1 of 4

COLE | WATHEN | LEID | HALL, P.C.
1505 WESTLAKE AVENUE, SUITE 700
SEATTLE, WASHINGTON 98109
(206) 622-0494/FAX (206) 587-2476

1  IT IS SO STIPULATED this 24th day of September, 2020.

| MOORE LAW GROUP PLLC | COLE | WATHEN | LEID | HALL PC |

*s/ Joseph W. Moore (per email approval)*
Joseph W. Moore, WSBA No. 44061
Attorney for Plaintiffs
1604 Hewitt Avenue, Suite 515
Everett, WA 98201
T: (425) 998-8999
joseph@moore.law

*s/Rory W. Leid*
Rory W. Leid, WSBA No. 25075

*s/Christopher J. Roslaniec*
Attorneys for Defendant
1505 Westlake Avenue North, Suite 700
Seattle, WA 98109-6243
T: (206) 622-0494
rleid@cwlhlaw.com   croslaniec@cwlhlaw.com

No. 2:20-cv-01007-JLR
STIPULATION AND ORDER OF DISMISSAL
Page 2 of 4

COLE | WATHEN | LEID | HALL, P.C.
1505 WESTLAKE AVENUE, SUITE 700
SEATTLE, WASHINGTON 98109
(206) 622-0494/FAX (206) 587-2476

**ORDER**

Based upon the foregoing Stipulation, the Court FINDS and ORDERS that all claims all of plaintiffs Maximus Buguiev and Tatyana Buguiev against defendant, First American Property & Casualty Insurance Company are dismissed with prejudice and without an award of fees or costs to either party.

DATED this 25th day of September, 2020.

_____
Honorable James L. Robart

MOORE LAW GROUP PLLC

*s/ Joseph W. Moore (per email approval)*
Joseph W. Moore, WSBA No. 44061
Attorney for Plaintiffs
1604 Hewitt Avenue, Suite 515
Everett, WA 98201
T: (425) 998-8999
joseph@moore.law


COLE | WATHEN | LEID | HALL PC


*s/Rory W. Leid*
Rory W. Leid, WSBA No. 25075

*s/Christopher J. Roslaniec*
Attorneys for Defendant
1505 Westlake Avenue North, Suite 700
Seattle, WA 98109-6243
T: (206) 622-0494
rleid@cwlhlaw.com   croslaniec@cwlhlaw.com

No. 2:20-cv-01007-JLR
STIPULATION AND ORDER OF DISMISSAL
Page 3 of 4

COLE | WATHEN | LEID | HALL, P.C.
1505 WESTLAKE AVENUE, SUITE 700
SEATTLE, WASHINGTON 98109
(206) 622-0494/FAX (206) 587-2476

# CERTIFICATE OF SERVICE

The undersigned makes the following declaration certified to be true under penalty of perjury pursuant to RCW 9A.72.085:

On the date given below, I hereby certify that I caused the foregoing to be filed using the United States District Court for Western District of Washington – Document Filing System (CM/ECF) and a true and correct copy to be served on the following parties in the manner indicated:

| **Counsel for Plaintiffs:**<br>Joseph W. Moore, WSBA #44061<br>Moore Law Group, PLLC<br>1604 Hewitt Avenue, Suite 515<br>Everett, WA 98201<br>425/998-8999<br>joseph@moore.law | **Via ECF** |
|---|---|

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated this 24th day of September, 2020, at Seattle, Washington.

*s/ Jan Sherred*
Jan Sherred, Legal Assistant
jsherred@cwlhlaw.com

No. 2:20-cv-01007-JLR
STIPULATION AND ORDER OF DISMISSAL
Page 4 of 4

COLE | WATHEN | LEID | HALL, P.C.
1505 WESTLAKE AVENUE, SUITE 700
SEATTLE, WASHINGTON 98109
(206) 622-0494/FAX (206) 587-2476